UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GLENWOOD EARL REVIS,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**JUDGMENT**

No. 5:14-CV-87-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed and objection and defendant responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 24, 2015, and for the reasons set forth more specifically therein, that defendant's motion is granted. The final decision of the commissioner is affirmed and this matter is dismissed.

**This Judgment Filed and Entered on March 24, 2015, and Copies To:**

Roberta L. Edwards (via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)

March 24, 2015                        JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk